# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ANTONIO ESPINA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JESUS MAGALLANES, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:04-CV-05884 OWW LJO P<br><br>ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF<br><br>(Doc. 13) |

　　　　Plaintiff Rafael Antonio Espina ("plaintiff") is proceeding pro se and in forma pauperis in this civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. The court reviewed plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e)(2) and found that the amended complaint appears to state a cognizable claim for relief against defendants Harrison, Sabal, Hinz, Spack, Layport, Andrews, and Buckles for allegedly acting with deliberate indifference to plaintiff's serious medical needs, in violation of the Eighth Amendment. (Docs. 15, 18.) Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Service is appropriate for the following defendants:

　　　　　　　　DR. ANTONIO SABAL

　　　　　　　　JOHN HARRISON

　　　　　　　　JOHN HINZ

　　　　　　　　DR. ROBERT SPACK

　　　　　　　　HOLLY DIRK-LAYPORT

        RAYMOND ANDREWS

        DANIEL BUCKLES

2.     The Clerk of the Court shall send plaintiff seven (7) USM-285 forms, seven (7) summonses, a Notice of Submission of Documents form, an instruction sheet, and a copy of the amended complaint filed November 29, 2004.

3.     Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a.     Completed summons;

    b.     One completed USM-285 form for each defendant listed above; and

    c.     Eight (8) copies of the endorsed amended complaint filed November 29, 2004.

4.     Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.     <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:**    **May 16, 2005**               /s/ Lawrence J. O'Neill
i0d3h8                                  UNITED STATES MAGISTRATE JUDGE