IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ROWE,<br><br>    Petitioner,<br><br>  vs.<br><br>SCRIBNER, Warden,<br><br>    Respondent. | No. CV-F-03-5124 REC/SMS HC<br><br>ORDER STRIKING PETITIONER'S<br>NOTICE OF APPEAL (Doc. 39) |

On April 27, 2006, petitioner filed a "Appeal on Court Decision by U.S.D.C. Eastern District of California for denial of Petition For Writ of Habeas Corpus [sic]". The court deems this pleading to be a Notice of Appeal.

The court hereby strikes the deemed Notice of Appeal. The petition for writ of habeas corpus was denied on May 2, 2005 and judgment for respondent was entered on that date. Petitioner filed a Notice of Appeal on May 10, 2005. The court declined to issue a Certificate of Appealability by Order filed on May 19, 2005. By Order filed with this court on September 12, 2005, the

1

1 Ninth Circuit also denied petitioner's request for a Certificate
2 of Appealability.  Therefore, the judgment denying the petition
3 for writ of habeas corpus is final and there is no further basis
4 for appeal to the Ninth Circuit.
5      ACCORDINGLY:
6      1.  The deemed Notice of Appeal filed by petitioner on April
7 27, 2006 is stricken.
8      IT IS SO ORDERED.
9 **Dated:  May 3, 2006**             /s/ Robert E. Coyle
668554                          UNITED STATES DISTRICT JUDGE